UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS NATIONAL HEALTH FUND, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 3:08-0121 |
| v. | ) ) ) | *Judge Robert L. Echols* *Magistrate Judge Griffin* |
| MUSTANG SHEET METAL, | ) ) | |
| Defendant. | ) | |

## ORDER AND JUDGMENT

In accordance with the Court's Memorandum, judgment is entered in favor of Plaintiff and against Jerardo Cavazos and Mustang Sheet Metal, jointly and severally, for a total of $212,043.08. The Court directs entry of this judgment as a final judgment, having expressly determined that there is no just reason for delay. All other matters are reserved.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
United States District Judge